**W. F. HAMMACK et ux., Appellants, v. H. C. GLENN, Receiver, Appellee.**
**No. 8194.**

Court of Civil Appeals of Texas. Austin.
April 3, 1935.

Rehearing Denied May 8, 1935.

Lockhart & Brown, of Lubbock, for appellants.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

BAUGH, Justice.

Suit was by appellee for debt and for foreclosure of deed of trust liens on lands in Lubbock county. The same issues are here presented which were decided adversely to appellants in Boles v. Missouri State Life Insurance Company (Tex. Civ. App.) 81 S.W.(2d) 141; and in

Walker v. Temple Trust Company (Tex. Civ. App.) 60 S.W.(2d) 826, affirmed by the Supreme Court in 80 S.W.(2d) 935. Upon the authority of the above-cited cases, the judgment of the trial court is affirmed.

Affirmed.